UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DARYL SHORT
AMBASSODOR & REPRESNTATIVE
OF THE LIVING GOD JEHOVAH
_____
Plaintiff(s)

Case No. 8:23 cv 1978 SDM - UAM

v.

TIMOTHY DOLAN
ARCHBISHOP OF NEW YORK
_____
Defendant(s)

COMPLAINT
_____
(Title of Document)

SEP 1 2023 PM3:20
FILED - USDC - FLMD - TPA

IN THE SUPREME COURT OF THE UNITED STATES

DARYL SHARP
AMBASSADOR AND REPRESENTATIVE
OF THE LIVING GOD JEHOVAH

V.

TIMOTHY DOLAN
ARCHBISHOP AND THE LEADERS OF
THE U.S. CONFERENCE OF CATHOLIC BISHOPS

COME NOW, THE PLAINTIFF, Daryl Sharp, in the jurisdiction of this court and in defense of the United States government under Title 18 of the United States Code Service, charges Timothy Dolan and the U.S. Conference of the Catholic Bishops with Racksteering Influnce of a Corrupt Organization, Section 1954 [Genocide] 1961 (Laundering), 2332, 2332 A, 2332C, 2332F(Weapons of Mass Destruction in Various Arena's, 930C, 2155, 2156 (Attack on a Military Installation), 2241, 2242, 2243, {Sexual Abuse of a Minor}, 32, 37 {Attack on Aircraft and at International Airports} and Article One of the United Nations Charter for Threats to the peace and security of the planet.

The vindication of God's name Jehovah by means of government, now ruling under Jesus Christ command that will restore the earth to paradise and all humans to a perfect state of health, with verses like those, all free of charge;

At Revelations 21:4we read.,. "and He will wipe out every tear from theireyes, and mourning out cry and pain will be no more"... free of charge!

At Isaiah 35:5 we read.., "The eyes of the blind will be opened"...free of charge!

At Isaiah 35:6 we read... "the lame will leap just like a deer",..free of charge!

At John 5:28, 29 we read... "Do not marvel at this because all those in the grave will hear His voice and come out" ...free of charge!

At Isaiah 33:24 we read... "No resident will say, 'I am sick'" ...free of charge!

At Psalms 72:16 we read.., there will be plenty of grain on the tops of the mountains...free of charge!



Congress of the United States

WASHINGTON, DC OFFICE

COMMITTEE ON WAYS AND MEANS

COMMITTEE ON THE BUDGET
Vice Chairman

COMMITTEE ON EDUCATION
AND THE WORKFORCE

DEPUTY WHIP

TOM PRICE, M.D.
Sixth District, Georgia

These and many others positive promises are purpose for the entire human race, all free of charge and with the purpose of restoration of the human family.

It also states that no one can alter the contents of the Word of God, to distort its purposes and theme for unjust profit, manipulation or any other ulterior purpose without suffering dire consequences for doing so from the living God Himself.

Two verses in the Hebrew section, two verses in the Greek section and one verse in the Quran states as follows.

At Deuteronomy 4:2 we read… "You may not add to or subtract from the Word of God."

At Proverbs 30:6 we read… "Do not alter the Word of God that you may not be proved a liar."

At Galatians 1:8 we read… "But if we or angel from heaven preach any other gospel other than what we have preached, let him be accursed."

At Revelations 22:18 we read… "If any one adds to the words of this prophecy, Jehovah will add to him the plagues that are written in this book."

In the Quran at Surah 6:34 we read… "No one can alter the words of Allah."

These and many other verses throughout the Bible are designed to protect the harmony and the purpose of god's word against alteration and manipulation for dishonest gain, extortion, tyranny and abuse of the human race desiring to attain a close personal relationship with God. Conduct which in fact, is being carried out by the U.S. Conference of Catholic Bishops and their parent company, the Vatican.

The Catholic hierarchy have added books to the original 66 book structure of the Bible and with such books as:

Judith
Tobit
Sarach
Baruch

and other additions and the inaccuracies in them have distorted not only the simple purpose of the Bible and its message but with such additions have manipulated private business and governments here and around the globe, laundering funds from the Welfare, Social Security, Medicare, Stock Markets and other financial vehicles, abused children sexually and have manipulated and intimidated such persons in this country and globally by using "lone gunman" attacks on schools, malls, airports and other places of social gatherings with the sole purpose of inciting fear to cover up their continued illegal conduct carried on by Bishops, Cardinals, Priests and the Pope himself in this country and around the globe.

Congress of the United States

TOM PRICE, M.D.

COMMITTEE ON WAYS AND MEANS

COMMITTEE ON THE BUDGET

COMMITTEE ON EDUCATION

In the jurisdiction of this court, the Plaintiff prays the justices with evidences submitted find the defendant, Timothy Dolan, Archbishop and the entire leadership of the United States Conference of Catholic Bishops guilty under Title 18 Section 1991 of manipulation of the divine teaching book the Bible for manipulation and theft against the United States government.

In the jurisdiction of this court, the Plaintiff prays the court find Timothy Dolan and the U.S. Conference of Catholic Bishops guilty of Laundering under Title 18 of the R.I.C.O. Status, Section 1961 of the Laundering and made to restore all such Government funds at $90,000,000,000,000 (500 Trillion Dollars) per state, island and province owned by the United States including Puerto Rico, Virgin Islands, Guam and all other sovereignties connected to the United States.

In the jurisdiction of this court, the Plaintiff prays the court find Timothy Dolan and the U.S. Conference of Catholic Bishops guilty under Title 18 Sections 2241, 2242, 2243 and incarcerate all such Bishops, Cardinals, Priest and the Pope Francis under such laws for wholesale abuse of minors and incarcerate every one of them for such heinous abuses of children here and around the globe.

In the jurisdiction of this court, the Plaintiff prays the court find Timothy Dolan Archbishop and the entire leadership of the Catholic Church guilty under Title 18 sections 32, 37, 930C, 2155, 2156, 2332A, 2332B and 2332F for terrorist attacks at airports, military bases like the Navy Yard, the Boston Marathon, shopping malls, public schools like Sandy Hooks Elementary and U.S. embassies like those in Libya and terminate all teaching institutions, churches and other facilities owned by the Catholic Church here and around the globe for training such "lone gunman" suicide attackers across the country.

In the jurisdiction of this court, the Plaintiff prays the Vatican and all personnel in positions of authority connected to it and the U.S. Conference of Catholic Bishops be found guilty under Article One of the United Nations Charter for threats to the peace and security of the planet for masterminding such global attacks and terminate all buildings globally and its personnel.

This Brief respectfully submitted

August 21, 2009



Supreme Court of the United States
Office of the Clerk
Washington, DC 20543-0001

March 1, 2019

Scott S. Harris
Clerk of the Court
(202) 479-3011

Mr. Daryl Sharp
2020A N. 14th Street
Arlington, VA 22201

Re: Daryl Sharp
    v. Timothy Dolan, et al.
    No. 18-8184

Dear Mr. Sharp:

The petition for a writ of certiorari in the above entitled case was filed on January 28, 2019 and placed on the docket March 1, 2019 as No. 18-8184.

A form is enclosed for notifying opposing counsel that the case was docketed.

Sincerely,

Scott S. Harris, Clerk

by

Michael Duggan
Case Analyst

Enclosures

ELDERS INSIDE JEHOVAH'S
ORGANIZATION FULLY AWARE
OF COURT CASE AND FILING
TRESPASS CHARGES SAMPLE
ATTACHED



GLASSMANOR CONGREGATION

IN

MARYLAND












DISSTON TATS CONGREGATION



SKYVIEW CONGREGATION

AND TRESPASS CHARGE

ALL CONGREGATIONS ELDERS
PLAYING POLITICS TIED TO TRUMP
AND HAVE A COPY OF CASE



# TRESPASS WARNING

| REPORT#2022-00079329 | |
|---|---|
| DATE:<br>11/01/2022 | TIME:<br>1930 |

COMMON NAME / RESIDENCE NAME:
Kingdom Hall

PHYSICAL ADDRESS:
9701 60th St. Pinellas Park, FL 33782

PROPERTY DESCRIPTION: ☐ Building/Business Only ☑ Includes Parking Lot ☐ Vacant Land ☐ Residence

## WARNING ISSUED BY: ☐ Owner ☑ Authorized Agent ☐ Officer-Per Authorization Letter

## SUBJECT:

| NAME:<br>Brian Howard | | | | | | |
|---|---|---|---|---|---|---|
| NAME (Last, First, Middle)<br>Darryl m Sharp | | | DOB:<br>01/18/1961 | RACE:<br>Black | | SEX:<br>male |
| HOME ADDRESS:<br>☐ HOMELESS | | | CITY | ST | ZIP | |
| HOME ADDRESS:<br>Transient | | | | | | |
| HM PHONE:<br>N/A | WK PHONE:<br>N/A | | EMPLOYER:<br>N/A | | | |
| HEIGHT<br>55 | WEIGHT | HAIR<br>BLK | EYES<br>BRO | SCARS/MARKS/TATTOOS<br>N/A | | |
| DRIVERS LIC#<br>T68202222 | | | | SOCIAL SECURITY #<br>N/A | | |

**YOU HAVE BEEN COMMANDED TO LEAVE THE ABOVE LISTED PROPERTY AND NEVER RETURN. FAILURE TO COMPLY WITH THIS WARNING IS A VIOLATION OF FSS 810.09 AND MAY RESULT IN YOUR ARREST.**

I acknowledge being told to leave the above identified property and never return. I understand that if I violate this order I may be arrested.

Signature  X

NAME & ID #
A. Edwards #587

